

**U. S. Department of Justice**

*Michael F. Easley, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

| | |
|---|---|
| *U.S. Attorney's Office* | *Telephone (919) 856-4530* |
| *150 Fayetteville Street* | *Criminal FAX (919) 856-4487* |
| *Suite 2100* | *Civil FAX (919) 856-4821* |
| *Raleigh, North Carolina 27601* | *www.usdoj.gov/usao/nce* |

DATE: August 1, 2023

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: MICHEAL F. EASLEY, JR.
United States Attorney

ATTN OF: BRADFORD M. DEVOE
Assistant United States Attorney

SUBJECT: United States v. KENNETH MAURICE QUICK, JR.
a/k/a "Nephew"
No. 5:23-CR-246 , Western Division

Please issue arrest warrant for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service
US Probation Office