# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

RECEIVED BY
USMS E/NC
08/02/2023

**SEALED**
**WARRANT FOR ARREST**

**v.**

**CRIMINAL CASE: 5:23-CR-246-FL-KS**

KENNETH MAURICE QUICK, JR.
a/k/a "Nephew"

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**KENNETH MAURICE QUICK, JR.** he/she shall be brought before the nearest Magistrate/Judge to answer an

**_X_ SEALED Indictment ____ Superseding Indictment _____ Criminal Information _____ Complaint**

_____ **Order of Court: _____ Violation Notice _____ Probation Violation Petition** charging him/her with:

Count 1 - 18 U.S.C. §§ 7(3) and 1111: Murder
Counts 2 and 4 - 18 U.S.C. § 924(j)(1): Use of a firearm causing death
Count 3 - 21 U.S.C. § 846: Conspiracy to distribute and possess with the intent to distribute a quantity of cocaine
Count 5 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of ammunition by a convicted felon
Count 6 - 18 U.S.C. § 1512(c)(2): Obstruction
Count 7 - 18 U.S.C. §§ 1512(c)(2) and 2: Obstruction; and aiding and abetting
Count 8 - 18 U.S.C. §§ 7(3) and 13(a) - NCGS 14-401.22(a) and (e): Concealing a death

| | |
|---|---|
| Peter A. Moore, Jr. | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| | |
| _____ | AUGUST 1, 2023 - RALEIGH, NORTH CAROLINA |
| Signature of Issuing Officer by Deputy Clerk | Date and Location |

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED<br>08/02/2023 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST<br>08/23/2023 | R. Glenn, FBI | S. Bowyer, USMS |

**FILED**

AUG 2 5 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK