IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CR-00246-1FL

| UNITED STATES OF AMERICA | ) | ORDER GRANTING |
| | ) | DEFENDANT'S UNOPPOSED |
| v. | ) | MOTION TO EXTEND |
| | ) | PRETRIAL DEADLINES |
| KENNETH MAURICE QUICK, JR., | ) | |

This matter comes before the Court on the unopposed motion of Defendant Kenneth Maurice Quick, Jr., to extend the pretrial motions deadline. Having considered the motion, the Court finds that it should be GRANTED. The deadline to file pretrial motions is hereby extended up to and including January 21, 2025, with responses due April 14, 2025, and any replies due April 28, 2025.

Any delay that results from this continuance shall be excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) on the grounds that the ends of justice served by granting this motion outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED, this the 16th day of October, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge