IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CR-00246-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER GRANTING |
| | ) | DEFENDANT'S UNOPPOSED |
| v. | ) | MOTION TO CONTINUE |
| | ) | ARRAIGNMENT |
| KENNETH MAURICE QUICK, JR., | ) | |

This matter comes before the Court on the unopposed motion of Defendant Kenneth Maurice Quick, Jr., to continue his arraignment from the April 9, 2025, calendar to be reset no sooner than 30 days from the current setting. Having considered the motion, the Court finds that it should be GRANTED. The arraignment is hereby continued and will be reset for the May 6, 2025 term of court.

Any delay that results from this continuance shall be excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) on the grounds that the ends of justice served by granting this motion outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED, this the 24th day of March, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge