UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-246-FL-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO SEAL |
| | ) | |
| KENNETH MAURICE QUICK, JR. | ) | |
| a/k/a "Nephew" | ) | |
| | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests that docket entry number 56, particularly Attachment 1, be sealed.

Docket entry number 56 contains substantial background information regarding multiple homicide investigations. Public disclosure of the motion, even redacted, could alert potential targets of the existence, scope, and details of the investigation and, therefore, would pose a risk of flight or destruction of additional evidence and may otherwise compromise the investigation. See Baltimore Sun Co. v. Goetz, 886 F.2d 60 (4th Cir. 1989).

WHEREFORE, the United States of America respectfully prays for the sealing of docket entry number 56.

Respectfully submitted, this 18th day of November, 2025.

        W. ELLIS BOYLE
        United States Attorney

        <u>/s/ Bradford M. DeVoe</u>
        BRADFORD M. DEVOE
        Assistant United States Attorney
        Criminal Division