IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CR-00246-FL-KS-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER GRANTING |
| v. | ) | DEFENDANT'S MOTION FOR |
| | ) | LEAVE TO FILE CERTAIN |
| KENNETH MAURICE QUICK, JR., | ) | EXHIBITS MANUALLY |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the unopposed motion of Defendant Kenneth Maurice Quick, Jr., for leave to manually file certain exhibits to his response in opposition to the government's motion in limine (DE 60). For good cause shown, the motion is GRANTED. Mr. Quick shall deliver the audio recordings not capable of being electronically filed to the Clerk of Court for manual filing.

IT IS SO ORDERED.

This the 23rd day of December, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge