IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CR-00246-FL-KS-1

UNITED STATES OF AMERICA

**DEFENDANT'S MOTION IN LIMINE**

v.

KENNETH MAURICE QUICK, JR.,

Defendant.

Pursuant to Rules 401, 402, 403, 404(b)(1), 602, and 611(c) of the Federal Rules of

Evidence, and Rule 16(d)(2)(C) of the Federal Rules of Criminal Procedure, Defendant Kenneth

Maurice Quick, Jr., hereby moves in limine to exclude evidence of or argument on certain

subjects, set forth in the accompanying proposed sealed brief, from the trial of this matter.  In

support of this motion, Mr. Quick relies on his accompanying brief.

This the 13th day of April, 2026.

ELLIS & WINTERS LLP

/s/ Kelly Margolis Dagger
Kelly Margolis Dagger
N.C. State Bar No. 44329
Paul K. Sun, Jr.
N.C. State Bar No. 16847
kelly.dagger@elliswinters.com
paul.sun@elliswinters.com
Post Office Box 33500
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010

*Appointed Counsel for Defendant Kenneth*
*Maurice Quick, Jr.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the clerk of court using the CM/ECF system, which will cause a copy of the same to be served electronically on all counsel of record.

This the 13th day of April, 2026.

ELLIS & WINTERS LLP

/s/ Kelly Margolis Dagger
Kelly Margolis Dagger
N.C. State Bar No. 44329
kelly.dagger@elliswinters.com
Post Office Box 33500
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010

*Appointed Counsel for Defendant Kenneth Maurice Quick, Jr.*

2