IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CR-00246-FL-KS-1

UNITED STATES OF AMERICA

**DEFENDANT'S REQUEST**
v.                                         **FOR VOIR DIRE**

KENNETH MAURICE QUICK, JR.,

          Defendant.

Defendant Kenneth Maurice Quick, Jr., through counsel, submits this proposed voir dire pursuant to Local Criminal Rules 24.1 and 24.2(b). Mr. Quick respectfully requests that the Court question potential jurors on the following matters in addition to the standard questions:

1. Have you, any family member, or a close friend ever been the victim of a crime? If so, please describe the nature of the incident.

2. Have any of your family members or close friends been sentenced to a term of imprisonment?

3. Have you, any family member, or a close friend been employed by the federal, state, or local government? If so, please describe each such employment.

4. Have you, any family member, or a close friend ever served in the military? If so, please describe your/their service, including the branch and your rank.

5. Do you have any regular associations, whether as friends, relatives, or otherwise, with people employed by any law enforcement agency, probation office, or prosecutorial office? If so, please describe each such association.

6. Do you belong to any civic, fraternal, professional, or social organizations? If so, please describe each such organization, and whether you have held any leadership role or office in the organization.

7. Have you ever served on a jury in a criminal case? If so, please describe each such situation, including particularly whether you served as the foreperson.

8. Have you ever served on a jury in a civil case? If so, please describe each such situation, including whether you served as the foreperson. Do you understand that in this case, the Government has a greater burden of proof, which is proof beyond reasonable doubt, than the burden of proof in a civil case, which is only a preponderance of the evidence or the "greater weight" of the evidence?

9. Have you served on a grand jury? If so, please describe the situation. Do you understand that in this trial, the Government has a greater burden of proof, which is proof beyond a reasonable doubt, than with a grand jury?

10. Have you, or has anyone close to you, had contacts with the criminal justice system? If so, please explain each such situation. Do you believe that any of those experiences will affect your ability to sit on this jury?

11. Have you, any family member, or a close friend ever donated time or money to a "crime watch" or "neighborhood watch" group? If yes, please identify the group and describe your involvement.

12. Have you or anyone you know ever been addicted to drugs, including prescription medications, or had a drug overdose? If yes, please explain each such situation, including your involvement with any other person who has been addicted to drugs or has had a drug overdose,

2

and if you know, what type of drugs were involved.  Please specify whether you believe anyone you know has ever died of a drug overdose, and if you know, what type of drugs were involved.

13.     Have you, any family member, or a close friend donated any time or money to an anti-drug group, or spent time advocating for restrictions on the sale or use of drugs?  If yes, please identify the group and describe your involvement, or identify the circumstances under which you have advocated for restrictions on the sale or use of drugs.

14.     Do you believe that either possession or sale of drugs should be legalized?

15.     Do you or any of your family members or close friends own or carry a firearm?  If so, please describe how many firearms and of what kind.

16.     Do you or any of your family members or close friends use firearms recreationally?  If so, in what way?

17.     Do you regularly watch crime or investigative shows or listen to true crime podcasts?

18.     Do you participate in or view online true crime forums or message boards?

19.     Have you heard about the deaths of William Lavigne, II, and Timothy Dumas, Sr.?  [Outside the presence of the venire:  What have you heard and where?]

20.     Have you read or heard about the book The Fort Bragg Cartel?

21.     Do you know Enos Clark?  [Outside the presence of the venire:  How do you know him?]

22.     Do you know Monterrio Taylor?  [Outside the presence of the venire:  How do you know him?]

This the 20th day of April, 2026.

ELLIS & WINTERS LLP

/s/ Kelly Margolis Dagger
Kelly Margolis Dagger
N.C. State Bar No. 44329
Paul K. Sun, Jr.
N.C. State Bar No. 16847
kelly.dagger@elliswinters.com
paul.sun@elliswinters.com
Post Office Box 33500
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010

*Appointed Counsel for Defendant Kenneth Maurice Quick, Jr.*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the clerk of court using the CM/ECF system which will send notice of such filing to all counsel of record.

This the 20th day of April, 2026.

ELLIS & WINTERS LLP

/s/ Kelly Margolis Dagger
Kelly Margolis Dagger

*Appointed Counsel for Defendant Kenneth Maurice Quick, Jr.*

5