UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-246-FL-KS

UNITED STATES OF AMERICA     )
     )
       v.     )     ORDER TO SEAL
     )
KENNETH MAURICE QUICK, JR.     )
    a/k/a "Nephew"     )

Upon motion of the United States, it is hereby ORDERED that docket entry 81

be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order

to the United States Attorney's Office for provision to the investigating agencies,

including the Federal Bureau of Investigation.

This the __28th__ day of April, 2026.

LOUISE WOOD FLANAGAN
United States District Judge