IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-246-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| KENNETH MAURICE QUICK, JR. | ) | ORDER |
| | ) | |
| Defendant | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals totals $280.20. The clerk is DIRECTED to pay $280.20 to The Chelsea.

SO ORDERED, this the 7th day of May, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge