FILED IN OPEN COURT
ON 5|8|2026 by MM2
Peter A. Moore, Jr., **Clerk**
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-246-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KENNETH MAURICE QUICK, JR. | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Rachelle Glenn, of the Federal Bureau of Investigation.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on May 5, May 6, May 7, and May 8, 2026, be transferred to Special Agent Rachelle Glenn to be retained in her custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 3 | Casing 891.20-1 |
| 4 | Casing 891.20-2 |
| 5 | Unfired Cartridge 890.20-1 |
| 6 | Headphones 892.20-1 |
| 7 | Little Debbie Wrapper 892.20-2 |
| 8 | Sunglasses 892.20-3 |
| 9 | Baseball Cap 892.20-4 |
| 10 | Lavigne Moto G Fast Cell Phone Serial ZY227RPS6K |
| 11 | Dumas iPhone 11 Cell Phone Serial FK1CC7B0N70H |
| 14 | Fingernail Clippings Right Hand - Lavigne 950.20-2 |
| 15 | Buccal Swabs – Lavigne 950.20-3 |
| 16 | Fingernail Clippings Left Hand - Lavigne 950.20-4 |

1