IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-246-FL

FILED IN OPEN COURT
ON 5/12/2024 104 mm2
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **VERDICT** |
| KENNETH MAURICE QUICK, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

We, the jury, unanimously find as to the defendant, Kenneth Maurice Quick, Jr.:

As to **count one** of the indictment (murder):

_____ Not Guilty

✓ (Guilty)

*If you find the defendant Guilty as to **count one**, proceed to **count two**. If you find the defendant Not Guilty as to **count one**, skip to **count three**.*

As to **count two** of the indictment (causing death by use of firearm during and in relation to a crime of violence):

_____ Not Guilty

✓ (Guilty)

As to **count three** of the indictment (conspiracy to distribute and possess with intent to distribute cocaine):

_____ Not Guilty

✓ (Guilty)

*If you find the defendant Guilty as to **count three**, proceed to **count four**. If you find the defendant Not Guilty as to **count three**, skip to **count five**.*

As to **count four** of the indictment (causing death by use of a firearm during and in relation to a drug trafficking crime):

_____ Not Guilty

✓ (Guilty)

*If you find the defendant Guilty as to **count four**, specify whether the killing was*:

_____✓_____ ( Murder )

_____ Voluntary Manslaughter

_____ Involuntary Manslaughter

As to **count five** of the indictment (possession of ammunition by a felon):

_____ Not Guilty

_____✓_____ ( Guilty )

As to **count six** of the indictment (evidence tampering):

_____ Not Guilty

_____ ( Guilty )

As to **count seven** of the indictment (evidence tampering and aiding and abetting):

_____ Not Guilty

_____✓_____ ( Guilty )

As to **count eight** of the indictment (failure to notify law enforcement of death):

_____ Not Guilty

_____✓_____ ( Guilty )

So say we all, this the _12th_ day of May, 2026.

**REDACTED VERSION**

Persuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

2