IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-246-1FL

UNITED STATES OF AMERICA     )
    )
v.     )
    )        ORDER
KENNETH MAURICE QUICK, JR.     )

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Rachelle Glenn, of the Federal Bureau of Investigation.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on May 5, May 6, May 7, and May 8, 2026, be transferred to Special Agent Rachelle Glenn to be retained in her custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
| --- | --- |
| 3 | Casing 891.20-1 |
| 4 | Casing 891.20-2 |
| 5 | Unfired Cartridge 890.20-1 |
| 6 | Headphones 892.20-1 |
| 7 | Little Debbie Wrapper 892.20-2 |
| 8 | Sunglasses 892.20-3 |
| 9 | Baseball Cap 892.20-4 |
| 10 | Lavigne Moto G Fast Cell Phone Serial ZY227RPS6K |
| 11 | Dumas iPhone 11 Cell Phone Serial FK1CC7B0N70H |
| 14 | Fingernail Clippings Right Hand - Lavigne 950.20-2 |
| 15 | Buccal Swabs – Lavigne 950.20-3 |
| 16 | Fingernail Clippings Left Hand - Lavigne 950.20-4 |

1

| | |
|---|---|
| 17 | Swab of Lavigne Boots – bottom right 949.20-1 |
| 18 | Swab of Lavigne Boots – Right 949.20-2 |
| 19 | Lavigne Pants with belt 949.20-3 |
| 20 | Lavigne T-shirt 949.20-5 |
| 21 | Lavigne Underwear 949.20-6 |
| 22 | Lavigne Boots 949.20-7 |
| 23 | Money Clip - Lavigne 949.20-8 |
| 24 | Projectile – Lavigne 949.20-10 |
| 25 | Projectile Fragment – Lavigne 949.20-11 |
| 26 | Fingernail Clippings, Right hand - Dumas 952.20-1 |
| 27 | Fingernail Clippings, Left hand - Dumas 952.20-3 |
| 28 | Patagonia Jacket – Dumas 953.20-1 |
| 29 | Dumas Pants with Belt 953.20-2 |
| 30 | Dumas Underwear 953.20-4 |
| 31 | Dumas Shirt 953.20-8 |
| 32 | Projectile Fragment – Dumas 953.20-10 |
| 37 | Cloth Tarp 923.20-1 |
| 38 | Jacket from bed of Lavigne's truck 923.20-2 |
| 33 | Unfired Cartridge 894.20-1 |
| 34 | Casing 894.20-2 |
| 35 | Projectile 894.20-4 |
| 36 | Projectile 894.20-3 |
| 127 | Casing found in September 2023 1B31 |
| 44 | Walmart Receipt (905.20-16) |
| 45 | Digital Scale (904.20-1) |
| 46 | Vortex Trueweight Scale Box (904.20-2) |
| 47 | THC Cartridges (904.20-3) |
| 48 | Container included Bag with Powder (904.20-4) |
| 49 | Electronic Cigarette (904.20-5) |
| 50 | Swab of red stain on tailgate of Lavigne's truck (905.20-1) |
| 51 | Swab of red stain on top of Lavigne's truck (905.20-2) |
| 52 | Swab of red stain on rear bumper of |

Case 5:23-cr-00246-FL    Document 127    Filed 05/12/26    Page 2 of 4

| | |
|---|---|
| | Lavigne's truck (905.20-3) |
| 53 | Swab of bottom of duffel bag found in Lavigne's truck (905.20-5) |
| 54 | Swab of red stain on hockey stick found in Lavigne's truck (905.20-6) |
| 55 | Swab of bed of Lavigne's truck (905.20-9) |
| 56 | Carabineer clip in 5.11 backpack (905.20-11) |
| 58 | Steering wheel cover (905.20-23) |
| 57 | Swab of steering wheel (905.20-22) |
| 60 | Swab of passenger door interior |
| 61 | Swab of driver door interior handle of Lavigne's truck (939.20-2) |
| 62 | Passenger headrest cover Lavigne's truck (939.20-3) |
| 63 | Driver headrest cover Lavigne's truck (939.20-4) |
| 64 | Lowe's Bottle from driver door of Lavigne's truck (939.20-5) |
| 65 | Defy Bottle from center console of Lavigne's truck (939.20-6) |
| 71 | Dumas Keys (897.20-1) |
| 69 | Projectile from Dumas' truck (943.20-4) |
| 70 | Projectile from Dumas' truck (943.20-5) |
| 73 | Black iPhone 7 Plus 910.391.3180 |
| 74 | Black flip phone |
| 128 | Buccal Swab (Clark 1B25) |
| 129 | Buccal Swab (Quick 1B22) |
| 152 | Swab of steering wheel cover (Exh. 14.001) |
| 151 | Swab of Carabineer clip (Exh. 12.1) |
| 150 | Swab of Sunglasses (Exh. 4.001) – Stain 1 |
| 150A | Swab of Underside of Sunglasses (Exh. 4.002) |
| 154 | Swab of Little Debbie Wrapper (Exh. 3.1) |
| 155 | Swab of bottle 1 in Lavigne Truck (Exh. 21.1) |
| 156 | Swab of bottle 2 in Lavigne Truck (Exh. 22.1) |

3

| | |
|---|---|
| 157 | Swab of Lavigne Belt (Exh. 25.1.1) |
| 158 | Swab of Lavigne Underwear (Exh. 27.1) |
| 159 | Swab of Dumas Belt (Exh. 35.1.1) |
| 160 | Swab of Dumas Underwear (Exh. 36.1) |
| 149 | Swab of Headphones (Exh. 2.001) |

SO ORDERED this the 12th day of May, 2026.

Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

Rachelle Glenn, Special Agent FBI / Erika Rodriguez, Special Agent, Army Criminal Investigation Division, Case Agents

Bradford DeVoe, Assistant U.S. Attorney

4